UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLET CAPITAL CORPORATION,

        Plaintiff,

- against -

WALMART INC. and FLIPKART PRIVATE LIMITED,

        Defendants.

**ORDER**

18 Civ. 12380 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to amend:

1. Plaintiff's motion is due on **January 17, 2020**;
2. Defendants' opposition is due on **January 31, 2020**; and
3. Plaintiff's reply, if any, is due on **February 7, 2020**.

    It is further ORDERED that the deadlines for Defendants' motion to dismiss are suspended until after the motion to amend is decided.

Dated: New York, New York
Dec. 31, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge